**United States District Court**
**Central District of California**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　　　v.<br><br>JOSE MEJIA LEYVA,<br><br>　　　　Defendant/Petitioner | Case No. **CV 21-3470 VAP**<br>　　　(CR 12-1178 VAP)<br><br>**Judgment** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

I**T IS SO ORDERED.**

Dated:　7/9/21

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　United States District Judge